STATE v. SCANLON

No. 480A99-3

Case below: Durham County Superior Court

Motion by defendant to remand amendments and second amendments to motion for appropriate relief allowed 15 August 2002.

STATE v. SNYDER

No. 181P02

Case below: 149 N.C. App. 233

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002. Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeal denied 15 August 2002.

STATE v. SPIVEY

No. 299A02

Case below: 150 N.C. App. 189

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.

STATE v. STANLEY

No. 376P02

Case below: 150 N.C. App. 717

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 15 August 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 15 August 2002.